_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
December 11, 2017

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

**Attorney for Secured Creditor LoanDepot.com, LLC**
17-72621

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 17-13655-abl |
| Charles Edward Jensen and Sally Marie Jensen | Date: November 29, 2017<br>Time: 10:30 AM |
| | Chapter 7 |
| Debtors. | |

## ORDER TERMINATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is terminated as to the Debtor and the Trustee in favor of Secured Creditor, LoanDepot.com, LLC, its assignees and/or successors in interest, of the subject property, generally described as 31803 Indianview Road, Agua Dulce, CA 91390.

IT IS FURTHER ORDERED, ADJUDGED and DECREED That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

~~IT IS FURTHER ORDERED, ADJUDGED and DECREED that the requirement detailed in FRBP 4001 (a)(1) to notify other lienholders is hereby waived, because such lienholders will be notified of a foreclosure proceeding if and when one is initiated~~ abl

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

Submitted by:

TIFFANY & BOSCO, P.A.

By: /s/Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

APPROVED / DISAPPROVED

By:_____
Seth D. Ballstaedt
Attorney for Debtors

APPROVED / DISAPPROVED

By:_____
Shelley D Krohn
Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirements set forth in LR 9021(b)(1).

**X** No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

**X** matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order           \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or     \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor